UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS NEAL WELLS, | CASE NO. C05-0988-TSZ-MAT |
| Petitioner, | |
| v. | ORDER DENYING § 2254 PETITION |
| ROB MCKENNA, | |
| Respondent. | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Petitioner's petition for a writ of habeas corpus (Dkt. #1) is DENIED without prejudice.

(3)  The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 20th day of October, 2005.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER DENYING § 2254 PETITION
PAGE -1